UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CESAR BARZALLO,<br><br>Plaintiff,<br><br>-against-<br><br>TOWN OF WAPPINGER, et al.,<br><br>Defendants. | 26-CV-08341 (PMH)<br><br>ORDER OF SERVICE |

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Town of Wappinger and Donald Denardo. Plaintiff is directed to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated: White Plains, New York
September 30, 2026

PHILIP M. HALPERN
United States District Judge

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this case were not issued when Plaintiff filed the complaint. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.